# EXHIBIT B

# Solmetex™

NXT Hg5® Amalgam Separator
Installation and Operations Manual

Thoroughly read and understand instructions prior to installing, operating and servicing the NXT Hg5® Amalgam Separator. These instructions are also available on our website at **www.solmetex.com**.

> ### ⚠ WARNING
>
> The waste stream treated by the NXT Hg5® is discharge from a dental vacuum system and as such, may contain concentrations of solid and soluble mercury and silver.
>
> - Always wear protective gear when handling full NXT Hg5® collection containers (latex gloves, safety glasses or face shield) and dispose of per local regulations and codes.
> - Full collection containers should be handled, stored and disposed of according to regulations applying to hazardous waste containing mercury.
> - Any spills should be considered hazardous and should be handled in accordance with standard hazardous materials handling procedures.

## Solmetex Warranty

Solmetex NXT Hg5® Air Water Separators are warrantied against defects in material and workmanship for a period of two (2) years from the date of purchase, established by proof of purchase or formal warranty registration. During the warranty period, Solmetex will at its option repair or replace products that prove to be defective.

Solmetex NXT Hg5® Collection Containers are warrantied against defects in material and workmanship for a period of one (1) year from the date of purchase, established by proof of purchase or formal warranty registration. During the warranty period, Solmetex will at its option repair or replace products that prove to be defective.

Labor, transportation and service charges are not included.

## Limitations of Warranty

The warranty shall not apply to defects resulting from improper installation, maintenance, abuse, unauthorized modification, or operation outside of the environmental specifications for the product or damages that occur due to improper repackaging of equipment for return to Solmetex.

**Use of third party collection containers or line cleaners having a pH less than or equal to 6 or greater than 8 will void these warranties.**

For recommended line cleaning solution, visit our website at **www.solmetex.com**.

No other warranty is expressed or implied. Solmetex specifically disclaims the implied warranties of merchantability and fitness for particular purpose.

# NXT Hg5® Amalgam Separator Initial Set-Up

### 1. THREADED INSERTS

Install (4) Captive Threaded Inserts from rear of backplate and secure firmly into place using (4) hex nuts provided.

**TOP BRACKET** Leave bolts loose enough to adjust bracket height.

Hex Nuts

**BOTTOM BRACKET** Locate into fixed position and tighten until snug.



### 2. MOUNTING OPTIONS

**NOTE:** The NXT Hg5® may be installed in either a "right hand" or "left hand" position. Install as best fits your application.



**"Left Hand"** NXT Hg5®   **"Right Hand"** NXT Hg5®

### 3. ENGAGE SLOT ON PIN

**A.** Engage slot on pin (see detail below). Rotate assembly into place (keeping slot engaged on pin).

**C.** Tighten Top Bracket bolts until snug.

**B.** Push Top Bracket down over tabs until unit is secured in place.

**Detail:** Slot must fully engage pin on Lower Bracket.



### 4. COLLECTION CONTAINER

Always wear protective gear when handling a full collection container.

Remove red plugs and attach collection container to NXT Hg5. Lock into place with retaining pins.

To replace collection container, keep vacuum running. Remove retaining pins and detach.



# NXT Hg5® Installation Tips

**Installation tips:**

- Place in an easily accessible location for replacement of collection container.
- Place between treatment rooms and vacuum source. **DO NOT** connect to outlet of separating tank or water ring pump.
- The NXT Hg5® should be installed so that the outlet is higher than the tank or pump inlet.
- Use provided inlet and outlet couplings. **DO NOT** glue plumbing to the NXT Hg5® inlet and outlet.
- Securely mount or support the baseplate.
- If mounting to a wall, use the mounting holes provided on backplate.
- If attaching to the floor, use the mounting holes provided on bottom of backplate.
- Write the installation date on the collection container.
- Complete the registration form and return to Solmetex.

The NXT Hg5® Amalgam Separator is a Type 2 device with a maximum flow of 1000 ml/min and maximum fillable volume of 950 ml.

**Environmental Specifications:**

- Overall Dimensions: 11" W x 30" H x 8" D
- One NXT Hg5® will serve up to 10 chairs.
- Minimize water lift height.
- Maximum Temperature = 120° F (52° C)
- Maximum Vacuum = 15" Hg (51 kPa)
- For dental use **ONLY**.



Treatment Rooms

NXT Hg5® Inlet

NXT Hg5® Outlet

Tank Inlet

**OR**

Pump Inlet

Dry Vacuum Unit

Functional with 15, 30, or 50 Gallon Tank And with Single or Dual Wet Ring Pumps.

Wet Vacuum Unit

**DO NOT** connect NXT Hg5® to outlet of tank.

**DO NOT** connect NXT Hg5® to outlet of the water ring pump.

4

NXT Hg5® Amalgam Separator

# Collection Container

Your collection container must be changed once every twelve (12) months or when the sediment level reaches the full line, whichever occurs first. Check the sediment level of the collection container weekly. Be sure to remove the two red plugs in the new collection container before attaching to the system.

# Maintenance

Line rinsing and vacuum line cleaners - cleaners should be deodorizing, sanitizing and have a pH greater than 6 and less than or equal to 8.

Using line cleaners outside of this pH range will void the warranty.

**With Dental Vacuum Systems: Follow manufacturer's instructions.**

Plan to rinse no more than 5 chairs every 10 minutes. Limit the total maximum flow to the NXT Hg5® during rinsing to 1 liter per minute. Rinsing too much or too rapidly can overfill the NXT Hg5® and could affect the unit's efficiency.

# Exclusive Remedies

The remedies provided herein are the buyer's sole and exclusive remedies. Solmetex shall not be liable for any direct, indirect, special, incidental or consequential damages, whether based on contract, tort or any other legal theory.

# Service & Troubleshooting

### *NOTICE*

- Refer to NXT Hg5® Collection Container Replacement & Recycle Procedure manual at www.solmetex.com for removal and replacement of container.
- Always wear protective gear when handling full NXT Hg5® collection containers.
- Keep the vacuum system running during the entire collection container replacement procedure.
- These procedures should be performed only when no operatories are being used as loss of chairside vacuum may occur.

The NXT Hg5® is designed to provide years of trouble-free service, with minimal attention. In the unlikely event of system related problems, please review the review the following for product support.

**Q: Little or no vacuum at the hand piece.**

A: Check sediment level of collection container, if full change the collection container.

- If the vacuum gauge reads normal but there is little or no vacuum to the hand piece, there is probably a clog or a leak between the hand piece and the NXT Hg5®.
- If the vacuum gauge reads lower than normal these are the possible causes:

# Service & Troubleshooting
## (continued)

**Did you just replace the collection container?**

**Yes:** Check installation of the new collection container. If the vacuum is low there is a possibility that the O-rings on the collection container did not seal into the receivers. With the vacuum running, remove the collection container, check the O-rings and re-install per the collection container installation procedure.

**No:** If you have a solids collection cup (installed by others) - check & clean or replace element/screen if necessary.

**Check operation of the vacuum pump.**

- Check all flexible hose for kinks, breaks, or loose clamps.
- Check all connections for breaks or cracks.
- Listen for vacuum leaks.

**Q: Water in the upper chamber (Air Water Separator)**

A: Check sediment level of collection container, if full change collection container.

- Check the pH of vacuum line cleaner: if less than or equal to 6 or greater than 8 change collection container and line cleaner. Visit www.solmetex.com for a recommended list of cleaners.
- Call or email your dental dealer for support if the problem cannot be solved easily.

**Q: Solids reach full line of collection container:**
A: Change the collection container.

**Q: Solids are above full line of collection container:**
A. Change the collection container. Inspect the top chamber for solids.

**Q: Top chamber has some solids:**
A: System is backed up.
- Turn on vacuum
- Remove pins
- Tilt container towards outlet pipe to allow air into top chamber
- Place container back on and insert pins

**Q: Top chamber is full with solids:**
A: System is in bypass.
- Reduction in suction
- Solids released into waste stream and environment
- Top chamber needs to be replaced
- Top chamber needs to be recycled

**Q: The equipment/utility room has poor lighting:**
A: Bring a flashlight to check the container. Using a flashlight from the backside of the system and shining it forward will help determine the level of sedimentation.

# Visual Inspection Log

Solmetex™

## Visual Inspection Log

Solmetex recommends weekly inspection of your Hg5 series Amalgam Separator. Use this log to ensure proper operation and maintenance. Visually inspect the collection container weekly to determine the level of solid waste. It is time to change the collection container when solids reach the full line or it has been one year, whichever occurs first.

Office Name: ______________________________

Account Number: ______________________________

| Date (MM/DD/YYYY) | Signature |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

To download a copy of this log, go to: www.solmetex.com/visualinspectionlog

www.solmetex.com | 800.216.5505





Clearly the leader in amalgam separation



In 1999, Solmetex designed the Hg5 which quickly became the industry standard in Amalgam Separation. We have extensive experience in water chemistry, chemical separation science, process engineering, high performance manufacturing, as well as federal, state and local regulations governing water and hazardous wastes.

The Solmetex product line offers a truly *green* "Complete Solution" to dental waste handling and recycling.  The Solmetex Hg5 series is the global leader and gold standard in high performance amalgam separation.

Solmetex LLC
50 Bearfoot Road
Northborough, MA 01532

800.216.5505

www.solmetex.com

NXT Hg5 Install Ops Manual 03.2019