# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| SOLMETEX, LLC, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 23-602-UNA |
| DENTAL RECYCLING NORTH AMERICA, INC., | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Dental Recyling North America, Inc.
c/o Capitol Corporate Services, Inc. (registered agent)
1111B S. Governors Avenue
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Mayo, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899 (19801 for courier deliveries)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/02/2023

CLERK OF COURT

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-602-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dental Recycling North America, Inc.
was received by me on *(date)* 06/02/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lori Millar at 12:25 pm , who is designated by law to accept service of process on behalf of *(name of organization)* Capitol Corporate Services, Inc. located at 1111B South Governors Avenue, Dover, DE 19904 on *(date)* 06/02/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/05/2023

*Server's signature*

Tina Irizarry-Process Server
*Printed name and title*

Parcels, Inc.-1111B South Governors Avenue
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc: