IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLMETEX, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-602-MN |
| | ) |
| DENTAL RECYCLING NORTH AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of February, 2024, **PLAINTIFF SOLMETEX LLC'S NOTICE OF SUBPOENA** and **PLAINTIFF SOLMETEX, LLC'S SECOND SET OF REQUESTS FOR PRODUCTION** were served upon the below-named counsel of record at the addresses and in the manner indicated:

David E. Moore, Esquire  **VIA ELECTRONIC MAIL**
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Michael M. Powell, Esquire  **VIA ELECTRONIC MAIL**
Gish PLLC
41 Madison Avenue, Floor 31
New York, NY 10010

Ryan Iwahashi, Esquire  **VIA ELECTRONIC MAIL**
Gish PLLC
50 California Street, Suite 1500
San Francisco, CA 94111

{01913576;v1 }

*Of Counsel:*

Daniel J. Burnham
Angelo J. Christopher
Michael J. Testa
Allison E. Strong
NIXON PEABODY LLP
70 West Madison Street, Suite 5200
Chicago, IL 60602-4378
(312) 977-4400

Dated:  February 22, 2024

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorney for Plaintiff*